UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| In re GARY W. GORSKI,<br><br>        Debtor. | CIV. NO. 2:16-2528 WBS<br><br>BANKR. ADVERSARY NO. 14-2016<br><br>BANKR. NO. 13-33139<br><br><u>ORDER OF RECUSAL</u> |
| DANIEL KARALASH and ROBERT HUNTER,<br><br>        Appellants,<br><br>   v.<br><br>HOWARD ELEY, DOUGLAS M. WHATLEY, Trustee, COUNTY OF SACRAMENTO, COUNTY OF YOLO, and INTERNAL REVENUE SERVICE,<br><br>        Appellees. | |

----oo0oo----

        The undersigned hereby recuses himself as the judge to whom this case is assigned.

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings,

1

1 | making appropriate adjustments in the assignments of civil cases
2 | to compensate for such reassignment.
3 | Dated: November 22, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE