**TERM CASE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-02528-GHW | Date | June 2, 2017 |
| Title | *In re Gorski (Cnty. of Sacramento v. Gorski, et al.)* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None Present                None Present

**PROCEEDINGS:  IN CHAMBERS - RULING ON BANKRUPTCY APPEAL**

In light of the oral argument at the June 1, 2017 hearing, the Court will adopt its tentative as its final. The Court AFFIRMS the Bankruptcy Court's order (or approves of the Bankruptcy Court's report and recommendation as reflected in its oral ruling).

:

Initials of Preparer   JG